# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CSX TRANSPORTATION INC,**

    Plaintiff,

v.     **CASE NO. 4:05-cv-00005-SPM-AK**

**MCKENZIE SERVICE COMPANY INC,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on the agreed motion to extend the time for Defendant to respond to Plaintiff's discovery. (Doc. 7). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through June 6, 2005, to respond to Plaintiff's discovery.

    **DONE AND ORDERED** at Gainesville, Florida, this __31st__ day of May, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**