**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CSX TRANSPORTATION INC,**

    Plaintiff,

v.                                           **CASE NO. 4:05-cv-00005-SPM-AK**

**MCKENZIE SERVICE COMPANY INC,**

    Defendant.

_____/

**O R D E R**

This matter is before the Court on the parties' Stipulation Enlarging Time for Plaintiff to Respond to Certain Discovery. (Doc. 9). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through June 23, 2005, to respond to Plaintiff's discovery.

**DONE AND ORDERED** at Gainesville, Florida, this **9th** day of June, 2005.

                                            **s/ A. KORNBLUM**
                                            **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**