IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CSX TRANSPORTATION, INC.,**

    **Plaintiff,**

**vs.**                                                  **4:05-CV-005-SPM**

**McKENZIE SERVICE COMPANY, INC.,**

    **Defendant.**
_____/

**ORDER EXTENDING DEADLINES**

**THIS CAUSE** comes before the Court upon the "Joint Motion for Extension of Mediation and Scheduling Order Deadlines" (doc. 13) filed September 14, 2005, in which the parties request that certain deadlines be extended to accommodate both the large amount of discovery and certain calendar conflicts in setting depositions. The parties certify that the trial date will not be affected by the granting of the request.

The Court finds the extension to be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension of time (doc. 13) is hereby *granted*.

2.     All discovery shall be completed on or before **November 9, 2005**.

3. All dispositive motions shall be filed on or before ***November 27, 2005***.

4. Mediation must be completed on or before ***November 30, 2005***.

5. The mediation report must be filed on or before ***December 15, 2005***.

6. Bench trial in this case remains set for ***Tuesday, January 17, 2006, at 8:30am*** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fifteenth</u> day of September, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

/pao