IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CSX TRANSPORTATION, INC.,

    Plaintiff,

vs.                                                            4:05-CV-005-SPM

McKENZIE SERVICE COMPANY,
INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)" (doc. 28) filed January 26, 2006 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is *dismissed with prejudice*.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of January, 2006.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge

/pao